# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan Ann Kefer,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.  2:20-cv-08355-SP<br><br>**ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SIX HUNDRED SIXTY-EIGHT DOLLARS and 80/100 ($668.80), under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and cost in the amount of TWELVE DOLLARS and 90/100 ($12.90) under 28 U.S.C. §1920 be awarded subject to the terms of the Stipulation.

　　IT IS SO ORDERED.


DATE: August 31, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. SHERI PYM
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE